RECEIVED
IN ALEXANDRIA, LA.
JUL 21 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

PAUL RAY ROBBINS  
D.O.C.#88866

DOCKET NO. 08-cv-1054; SEC. P

VERSUS

JUDGE JAMES T. TRIMBLE, JR.

CORRECTIONS CORPORATION OF AMERICA, ET AL.

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 21st day of July, 2009.

JAMES T. TRIMBLE, JR.  
UNITED STATES DISTRICT JUDGE